UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 25 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVEN RUPP; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Attorney General of the State of California, <br><br> Defendant-Appellee. | No. 19-56004 <br><br> D.C. No. 8:17-cv-00746-JLS-JDE <br> Central District of California, Santa Ana <br><br> ORDER |

Before: HURWITZ, BRESS, and BUMATAY, Circuit Judges.

This appeal shall be held in abeyance pending the resolution of en banc proceedings and issuance of the mandate in *Duncan v. Becerra*, Docket No. 19-55376. Submission of this case is vacated until further order of the Court.

Judge Bumatay dissents from this order.